IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | BOND RELEASE |
| V. | ) | ORDER |
| | ) | |
| JAMES OTIS HENDERSON. | ) | |
| | ) | |

THIS MATTER is before the court upon the motion of the United States for release on bond of defendant. It appearing that an Order staying reporting for service of sentence was entered on October 29, 2008, and that the defendant should be continued on his previous bond and released, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that the defendant is released on his previous bond immediately.

October 30, 2008
Alexandria, Va.

_____
T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE