**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr106 |
| | ) | |
| JAMES OTIS HENDERSON | ) | |

## ORDER

The matter is before the Court on a petition filed by Janet Leigh Henderson asserting an interest in certain real property ordered to be forfeited to the United States in the Third Preliminary Order of Forfeiture dated April 7, 2009.

For good cause,

It is hereby **ORDERED** that the government is **DIRECTED** to file a response to the instant petition by 5:00 p.m., Thursday, May 28, 2009.

The Clerk is directed to send a copy of this Order to petitioner and all counsel of record.

/s/
_____

May 14, 2009
Alexandria, VA

T. S. Ellis, III
United States District Judge