# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07CR106

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JAMES OTIS HENDERSON. ) | |
| _____ ) | |

**THIS MATTER** is before the court on Michelle Rippon's Motion for Admission *Pro Hac Vice* of William A. Coates. Having considered Michelle Rippon motion and reviewed the pleadings, and it appearing that Mr. Coates is a member in good standing with the South Carolina Bar, that he has or will establish an ECF account immediately, that he will appear with a member in good standing with the Bar of this court Michelle Rippon, and that he has paid the required admission fees, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michelle Rippon Motion for Admission *Pro Hac Vice* of William A. Coates (#174 is **GRANTED,** and Mr. Coates is admitted to practice before the Bar of this court while appearing with Michelle Rippon.

The Clerk of this court is respectfully instructed to include the undersigned as the referral judge as such has been directed by the district court.

Signed: September 22, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge